IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **RAY DEAN PLEASANT,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:24cv194-MHT |
| | ) | (WO) |
| **YESCARE,** | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Plaintiff, who is incarcerated at Bullock Correctional Facility, filed this lawsuit asserting that the defendant has subjected him to discrimination and cruel and unusual punishment by holding him in a mental-health unit when plaintiff believes he has no mental-health issues. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to pay the partial filing fee in accordance with the provisions of 28 U.S.C. § 1915(b)(1)(A)-(B), as ordered by this court. There are no objections to the recommendation. After an

independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 16th day of October, 2024.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE